FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
C.A. No.: 1:19-cv-00121-MR

TERENCE WALSH,

Plaintiff,

vs.

BERTELSMANN, INC. WELFARE BENEFIT PLAN,

Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Terence Walsh and Defendant Bertlesmann, Inc. Welfare Benefit Plan hereby stipulate that Plaintiff's Complaint in the above-styled action shall be and the same hereby is dismissed *with prejudice* pursuant to N.C. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her/its own costs and expenses of litigation.

Respectfully submitted,

| | |
|---|---|
| s/ M. Leila Louzri_____ | s/ Ryan P. Ethridge_____ |
| M. Leila Louzri, Esq. | Ryan P. Ethridge, Esq. |
| North Carolina Bar #: 48743 | North Carolina Bar #: 38147 |
| Foster Law Firm, LLC | Alston & Bird, LLP |
| Post Office Box 2123 | 555 Fayetteville Street, Suite 600 |
| Greenville, South Carolina | Raleigh, North Carolina 27601 |
| 864-242-6200 | 919-862-2200 |
| Facsimile: 864-233-0290 | Facsimile: 919-862-2260 |
| Email: llouzri@fosterfoster.com | Email: ryan.ethridge@alston.com |
| | |
| Dated: July 17, 2019 | Dated: July 17, 2019 |